TIFF IN ERROR, *v.* HENDERSON-WHITE MANUFACTURING COMPANY, INCORPORATED.   In error to the Supreme Court of Appeals of the State of Virginia.   October 11, 1909.   Dismissed with costs, on motion of counsel for plaintiff in error.   *Mr. Aubrey E. Strode* for plaintiff in error.   No appearance for defendant in error.

---

No. 403.  HARRISON CROOK, PLAINTIFF IN ERROR, *v.* INTERNATIONAL TRUST COMPANY OF MARYLAND.   In error to the Court of Appeals of the District of Columbia.   October 11, 1909.   Dismissed with costs, on motion of counsel for plaintiff in error.   *Mr. Wilton J. Lambert* for plaintiff in error.   *Mr. Walter C. Clephane* and *Mr. W. Calvin Chesnut* for defendant in error.

---

No. 404.  HARRISON CROOK, PLAINTIFF IN ERROR, *v.* INTERNATIONAL TRUST COMPANY OF MARYLAND.   In error to the Court of Appeals of the District of Columbia.   October 11, 1909.   Dismissed with costs, on motion of counsel for plaintiff in error.   *Mr. Wilton J. Lambert* for plaintiff in error. *Mr. Walter C. Clephane* and *Mr. W. Calvin Chesnut* for defendant in error.

---

No. 17.  THE IRRIGATION LAND & IMPROVEMENT COMPANY, APPELLANT, *v.* ETHAN ALLEN HITCHCOCK, SECRETARY OF THE INTERIOR.   Appeal from the Court of Appeals of the District of Columbia.   October 22, 1909.   Dismissed on motion of *Mr. George H. Patrick* for appellant.   *Mr. George Turner* and *Mr. George H. Patrick* for appellant.   *The Attorney General, The Solicitor General* and *Mr. Joseph R. Webster* for appellee.